# United States Bankruptcy Court

## Middle District of Florida

In re __Andrew T. Averill and Michele M. Capuana-Averill__ ,
            Debtor

Case No. **15-01575**

Chapter **7**

__Stephen L. Meininger__ ,
            Plaintiff

v.

__Capital Accounts, LLC__ ,
            Defendant

Adv. Proc. No. **16-00291**

### SUMMONS IN AN ADVERSARY PROCEEDING

YOU ARE SUMMONED and required to file a motion or answer to the complaint which is attached to this summons with the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall file a motion or answer to the complaint within 35 days.

> Address of Clerk
> **Sam M. Gibbons Federal Courthouse**
> **801 N. Florida Ave., Ste. 555**
> **Tampa, FL 33602**

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

> Name and Address of Plaintiff's Attorney
> **Thomas A. Lash, Esq., Lash Wilcox & Grace PL**
> **4950 W. Kennedy Blvd., Ste. 320**
> **Tampa, FL 33609**

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



Lee Ann Bennett
*Clerk of the Bankruptcy Court*

August 16, 2016

By: *Deanna L. Berrier*
            Deputy Clerk