ORDERED.

**Dated:  May 26, 2017**

_Catherine M. Ewen_
Catherine Peek McEwen
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**In re:**

**ANDREW T. AVERILL and**              **BANKRUPTCY**
**MICHELE M. CAPUANA-AVERILL,**        **CASE NO.: 8:15-bk-01575-CPM**

    **Debtors.**                          **CHAPTER 7**
_____/

**STEPHEN L. MEININGER, as Chapter 7**
**Trustee of the estate of ANDREW T.**
**AVERILL and MICHELE M. CAPUANA-**
**AVERILL,**

    **Plaintiff,**

                                  **ADVERSARY**
**v.**                                 **PROCEEDING NO.: 8:16-ap-00291-CPM**

**CAPITAL ACCOUNTS, LLC, a Tennessee**
**limited liability company,**
**and**
**BEVERLY H. BRIMACOMB, P.A., a Florida**
**professional association, d/b/a HIGHLAND**
**PET HOSPITAL,**

    **Defendants.**
_____/

**FINAL ORDER OF DISMISSAL WITH**
**PREJUDICE AS TO CAPITAL ACCOUNTS, LLC, ONLY**

    **THIS PROCEEDING** came on for consideration on the Court's own motion for entry of

an appropriate order in consideration of the Order Granting Motion to Approve Compromise (Doc. 62), which compromise, as described in the Motion to Approve Compromise (Doc. 60), includes an agreement to dismiss this adversary proceeding with prejudice.  Based on such agreement, the Court finds that it is appropriate to dismiss this case

ORDERED, ADJUDGED AND DECREED:

1.      An agreement for a stipulated dismissal has been reached between the Parties in the above-styled case.

2.      The claims of Plaintiff are being dismissed with prejudice, as to Defendant Capital Accounts, LLC, a Tennessee limited liability company, only.

3.      The Parties each shall bear their own attorneys' fees and costs as to this adversary proceeding, except to the extent that Plaintiff's fees are paid from the settlement proceeds.

Thomas A. Lash, Esq., Lash Wilcox & Grace PL, is directed to serve a copy of this order on interested parties and file a proof of service within 3 days of entry of the order.